# Order

Michigan Supreme Court
Lansing, Michigan

April 21, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155269(68)

SCOTT SHARP, Personal Representative
ESTATE OF BRIAN P. TURNER,
                Plaintiff-Appellant,

v

CHRISTOPHER M. MOHLER, M.D., OMNI
HEALTH SERVICES LIMITED, MELISSA
THORNTON, R.N., EMMA L. BIXBY
MEDICAL CENTER, a/k/a BIXBY MEDICAL
CENTER, and PROMEDICA HEALTH
SYSTEMS, INC.,
                Defendants-Appellees,
and

PICIS, INC., and OPTUMINSIGHT, INC.,
                Defendants.
_____/

SC: 155269
COA: 327110
Lenawee CC: 12-004383-NH

On order of the Chief Justice, the motion of defendants-appellees Melissa Thornton, R.N., Emma L. Bixby Medical Center, and Promedica Health Systems, Inc., to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer submitted on April 12, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2017



Clerk